UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
BETH SHVARTS, individually and on : Case No.: 15-3231
behalf of all others similarly situated, :
:
*Plaintiff*, : NOTICE OF MOTION TO ADMIT
: COUNSEL PRO HAC VICE
v. :
:
IHEARTMEDIA, INC., a Delaware :
corporation, :
:
*Defendant*. :
:
---------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an Order allowing the admission of movant, a member of the firm of The Glapion Law Firm and a member in good standing of the Bars of the States of New York and New Jersey, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff Beth Shvarts. There are no pending disciplinary proceedings against me in any State or Federal Court.

**Date:** June 6, 2015

s/Jeremy M. Glapion_____
Jeremy M. Glapion, Esq.
**THE GLAPION LAW FIRM**
1704 Maxwell Drive, Suite 102
Wall, NJ 07719
P: 732.455.9737
F: 267.737.0446
E: jmg@glapionlaw.com