UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
BETH SHVARTS, individually and on                                :   Case No.: 15-3231
behalf of all others similarly situated,                         :
                                                                 :
       *Plaintiff*,                                          :
                                                                 :
       *v.*                                                 :
                                                                 :
IHEARTMEDIA, INC., a Delaware                                    :
corporation,                                                     :
                                                                 :
       *Defendant*.                                         :
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF JEREMY M. GLAPION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**JEREMY M. GLAPION**, being duly sworn, hereby deposes and says as follows:

1. I am the founder and sole partner of The Glapion Law Firm.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the States of New York and New Jersey.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this case for Plaintiff Beth Shvarts.

**Date:** June 6, 2015

s/Jeremy M. Glapion_____
Jeremy M. Glapion, Esq.
**THE GLAPION LAW FIRM**
1704 Maxwell Drive, Suite 102
Wall, NJ 07719

P: 732.455.9737
F: 267.737.0446
E: jmg@glapionlaw.com