**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
BETH SHVARTS, individually and on : Case No.: 15-3231
behalf of all others similarly situated, :
:
*Plaintiff*, :
:
*v.* :
:
IHEARTMEDIA, INC., a Delaware :
corporation, :
:
*Defendant*. :
:
---------------------------------------------------------------x

## [Proposed] ORDER GRANTING JEREMY M. GLAPION'S MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Jeremy M. Glapion is permitted to argue or try this particular case in whole or in part as counsel or advocate for Plaintiff Beth Shvarts.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above listed case will be made on the roll of attorneys.

**Date:**                                                                  _____
                                                                                     United States District Judge