

David S. Sheiffer
212.915.5318 (direct)
David.Sheiffer@wilsonelser.com

August 31, 2015

**VIA ECF**

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Beth Shvarts v. iHeartMedia, Inc.
             Case No.: 15-cv-3231

Dear Chief Magistrate Judge Gold:

      Plaintiff Beth Shvarts and defendant iHeartMedia, Inc. ("iHeart"), by and through their respective counsel of record, submit the following joint report regarding the status of settlement discussions and if and when the Parties will proceed to private mediation, as ordered by the Court on August 17, 2015.

      The Parties are continuing to discuss arrangements for private mediation. However, the process of selecting a mediator and scheduling the mediation is taking longer than previously anticipated. It is respectfully proposed that the Court provide the parties with another two (2) weeks up through and including September 14, 2015, to finalize arrangements and to report to the Court regarding the status of private mediation. In the event that the Parties have not set a private mediation by that date, they will inform the Court as much and request that an initial conference be scheduled for September 30, 2015 (or such other date as may be convenient for the Court). The Parties will not seek any further extension in this regard.

      Given that the deadline for iHeart to respond to the complaint is September 4, 2015, iHeart will be filing a letter to request a pre-motion conference for leave of Court to file a motion pursuant to Fed. R. Civ. P. 12. Plaintiff's counsel is aware of the bases for this motion. In addition, counsel for the Parties are engaged in discussions regarding informal discovery in the form of iHeart providing substantive documentation requested by Plaintiff.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

6964711v.1



- 2 -

We thank the Court for its consideration of this request. If there are any questions or concerns please do not hesitate to contact the undersigned.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker

David S. Sheiffer

cc.:   **VIA ECF & E-MAIL**
Ari H. Marcus, Esq.
MARCUS LAW, LLC
*Attorneys for Plaintiff*
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Telephone:   732.695.3282
Facsimile:   732.298.6256
ari@marcuslawnj.com

Rafey S. Balabanian
Benjamin H. Richman
Courtney C. Booth
EDELSON PC
*Attorneys for Plaintiff*
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone:   312.859.6370
Facsimile:   312.589.6378
rbalabanian@edelson.com
brichman@edelson.com
cbooth@edelson.com

Jeremy M. Glapion
THE GLAPION LAW FIRM, LLC
*Attorneys for Plaintiff*
39 Schindler Court
Neptune, New Jersey 07753
Telephone:   732.455.9737
Facsimile:   267.737.0446
jmg@glapionlaw.com