**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

October 14, 2015

<u>SUBMITTED VIA ECF</u>

Chief Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>*Beth Shvarts v. IHEARTMEDIA, Inc.*</u><u>, Case No.: 15-cv-3231</u>

Dear Chief Judge Bagley Amon:

      The office of the undersigned represents Plaintiff, Beth Shvarts, individually and on behalf of all others similarly situated, in the above-referenced matter. On September 28, 2015, the Court scheduled a pre-motion conference on Defendant, iHeartMedia, Inc.'s Motion to Dismiss for October 22, 2015, at 3:00 p.m. In light of Your Honor's court rules, Plaintiff respectfully requests, after conferring with Defendant, that the Court briefly continue the pre-motion conference by one (1) week due to a scheduling conflict with Plaintiff's lead counsel. This is the first request for a continuance of the hearing, and Defendant's counsel consents to the request.

      Should the Court have any questions, I may be contacted at (732) 695-3282. Thank you for your time and attention in this matter.

                                             Respectfully submitted,

                                             MARCUS & ZELMAN, LLC

                                             *s/Ari H. Marcus*
                                             Ari H. Marcus, Esq.

AHM/dd