UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BETH SHVARTS, individually and on behalf of all others similarly situated, | |
| *Plaintiff*, | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| v. | |
| IHEARTMEDIA, INC., a Delaware corporation, | 1:15-cv-03231-CBA-SMG |
| *Defendant*. | |

---

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an Order allowing the admission of Benjamin H. Richman, a partner of the law firm of Edelson PC and a member in good standing of the Bar of the State of Illinois, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiff Beth Shvarts. There are no pending disciplinary proceedings against Mr. Richman in any State or Federal Court.

                                                        Respectfully submitted,
                                                        Marcus & Zelman, LLC

Date: October 14, 2015                        By: *Ari H. Marcus, Esq.*

Ari H. Marcus (AM-9086)
ari@marcuslawnj.com
MARCUS LAW, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: 732.695.3282
Fax: 732.298.6256

Jeremy M. Glapion (Admitted *Pro Hac Vice*)
jmg@glapionlaw.com
THE GLAPION LAW FIRM, LLC
39 Schindler Court
Neptune, New Jersey 07753
Tel: 732.455.9737
Fax: 267.737.0446