**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
Yzelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

November 9, 2015

<u>SUBMITTED VIA ECF</u>

Chief Judge Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Beth Shvarts v. IHEARTMEDIA, Inc.*, **Case No.: 15-cv-3231**

Dear Chief Judge Bagley Amon:

    The office of the undersigned represents Plaintiff Beth Shvarts, individually and on behalf of all others similarly situated, in the above-referenced matter. On November 4, 2015, the Court rescheduled the pre-motion conference on Defendant iHeartMedia, Inc.'s anticipated motion to dismiss from November 5th to November 16, 2015. The Parties, however, are currently scheduled to proceed with a full-day private mediation before the Honorable Wayne R. Andersen (ret.) of JAMS in Chicago, Illinois on that same day.

    Given the conflict of the mediation and new hearing date, the Parties have met and conferred and respectfully request that, in lieu of the pre-motion conference, the Court set a briefing schedule on Defendant's motion, such that (i) Defendant serve its motion no later than November 13, 2015; (ii) Plaintiff serve her opposition no later than December 4, 2015; and (iii) Defendant serve its reply no later than December 18, 2015. In the alternative, the Parties request that the Court set a telephonic pre-motion conference prior to November 16, 2015.

    This is the Parties' first request for an adjournment of the pre-motion hearing and second request for a change in its date, the first of which this Court granted. Defendant joins in this request.

    Should the Court have any questions, I may be contacted at (732) 695-3282. Thank you for your time and attention in this matter.

    Very truly yours,

    MARCUS & ZELMAN, LLC

    *s/ Ari H. Marcus*
    Ari H. Marcus, Esq.