**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| BETH SHVARTS, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| VS. | : | Case No.: 1:15-cv-03231-CBA-SMG |
| | : | |
| | : | Civil Action |
| iHeartMedia, Inc. | : | |
| | : | NOTICE OF ERRATA AND CORRECTION TO |
| Defendant(s) | : | PLAINTIFF'S LETTER MOTION |
| | : | |

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff hereby provide notice of errata and correction as follows:

On November 09, 2015, Plaintiff filed a "Motion to Adjourn Conference" (see ECF No. 30) in error. The motion incorrectly stated that it was filed with the consent of our adversary. Plaintiff requests that ECF No. 30 be stricken from the docket and the following Letter Motion to Adjourn Conference attached hereto as Exhibit A be filed in its place.

Dated: November 11, 2015                          **MARCUS & ZELMAN, LLC**

                                                  *s/ Ari H. Marcus*_____
                                                  Ari H. Marcus
                                                  Attorney for Plaintiff