**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                            :
BETH SHVARTS, individually and on           :
behalf of all others similarly situated,    :
                                            :        NOTICE OF VOLUNTARY
                 Plaintiff,                 :        DISMISSAL PURSUANT TO
                                            :        FED. R. CIV. P. 41
         v.                                 :
                                            :
IHEARTMEDIA, INC., a Delaware               :
corporation,                                :        1:15-cv-03231-CBA-SMG
                                            :
                 Defendant.                 :
                                            :
-------------------------------------------------------------x
```

## <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41</u>

**PLEASE TAKE NOTICE** that Plaintiff Beth Shvarts ("Plaintiff"), by and through her

undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby

voluntary dismisses all claims in this action *without prejudice* as to Defendant iHeartMedia, Inc.

("Defendant"). While the Parties have reached a class-wide settlement, Defendant is concerned

that the outcome of the United States Supreme Court's recent grant of certiorari in *Spokeo, Inc.*

*v. Thomas Robins,* No. 13-1339, might divest this Court of subject matter jurisdiction over the

instant action before the proposed settlement is fully effectuated, in which case, to effectuate the

agreed-upon settlement, the Parties would be required to start the approval process again in state

court after significant notice costs and expenses have already been incurred. Accordingly, by the

terms agreed upon by the Parties, the proposed settlement will be effectuated through the Circuit

Court of Cook County, Illinois.

Respectfully submitted,

Date: December 14, 2015                    By: _____s/ Jeremy M. Glapion_____

Jeremy M. Glapion (Admitted *Pro Hac Vice*)
jmg@glapionlaw.com
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, NJ 07719
Tel: 732.455.9737
Fax: 732.709.5150

Ari H. Marcus (AM-9086)
ari@marcuslawnj.com
MARCUS LAW, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: 732.695.3282
Fax: 732.298.6256

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378