FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 17 2015 ★
BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

BETH SHVARTS, individually and on
behalf of all others similarly situated,

         *Plaintiff*,

v.

IHEARTMEDIA, INC., a Delaware
corporation,

         *Defendant*.

-----------------------------------------------------------x

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41

1:15-cv-03231-CBA-SMG

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

**PLEASE TAKE NOTICE** that Plaintiff Beth Shvarts ("Plaintiff"), by and through her undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntary dismisses all claims in this action *without prejudice* as to Defendant iHeartMedia, Inc. ("Defendant"). While the Parties have reached a class-wide settlement, Defendant is concerned that the outcome of the United States Supreme Court's recent grant of certiorari in *Spokeo, Inc. v. Thomas Robins,* No. 13-1339, might divest this Court of subject matter jurisdiction over the instant action before the proposed settlement is fully effectuated, in which case, to effectuate the agreed-upon settlement, the Parties would be required to start the approval process again in state court after significant notice costs and expenses have already been incurred. Accordingly, by the terms agreed upon by the Parties, the proposed settlement will be effectuated through the Circuit Court of Cook County, Illinois.

Respectfully submitted,

Date: December 14, 2015                By:      s/ Jeremy M. Glapion

Jeremy M. Glapion (Admitted *Pro Hac Vice*)
jmg@glapionlaw.com
THE GLAPION LAW FIRM, LLC
1704 Maxwell Drive
Wall, NJ 07719
Tel: 732.455.9737
Fax: 732.709.5150

Ari H. Marcus (AM-9086)
ari@marcuslawnj.com
MARCUS LAW, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Tel: 732.695.3282
Fax: 732.298.6256

Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

So Ordered

s/Carol Bagley Amon

12/17/15